# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Ashok Arora

Plaintiff(s),

v.

Portfolio Recovery Associates, LLC

Defendant(s).

Case No. 17 C 6851

Judge Guzman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes           pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: in favor of the plaintiff, Ashok Arora, in the amount of $5,461.00, which includes agreed-upon costs of $460.00 and against defendant, Portfolio Recovery Associates, LLC

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Ronald A. Guzman on a motion to enter judgment pursuant to Plaintiff's Notice of Acceptance of Rule 68 Offer of Judgment.

Date: 3/21/2018

Thomas G. Bruton, Clerk of Court

s/Imelda Saccomonto, Deputy Clerk